RICHARD LOVE, APPELLANT, V. CINDY LOVE, APPELLEE.

321 N.W.2d 82

Filed June 25, 1982.   No. 81-864.

Richard H. Osborne, for appellant.

Richard D. Sievers of Marti, Dalton, Bruckner, O'Gara & Keating, P.C., for appellee.

Heard before KRIVOSHA, C.J., BOSLAUGH, McCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court.   The judgment is affirmed.

AFFIRMED.